693 A.2d 194

**In re Nomination Petition of Margaret M. STUSKI**

v.

**Pauline LAUER.**

Supreme Court of Pennsylvania.

April 22, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of April, 1997, appellant's appeal IS DENIED and the order of the Commonwealth Court is AFFIRMED. A written opinion will follow.